UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80156-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
  plaintiff,

vs.

**JOSHUA GRAUER, et al.,**
  defendants.
_____/

### ORDER ADOPTING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DISQUALIFYING ATTORNEY GLENN H. MITCHELL AS COUNSEL IN THIS CASE

This case is before the court upon the sealed report and recommendation of Magistrate Judge Linnea R. Johnson on the government's written motion for *Garcia* hearing with respect to representation of defendant Joshua Gruaer in the above styled action [DE# 222].

Having carefully reviewed the sealed report and recommendation, together with the sealed objections to the report and recommendation lodged by defendant Joshua Grauer, the court finds the conclusions of the Magistrate Judge to be sound and well reasoned and shall accordingly adopt them here.

The court specifically finds that there is sufficient evidence of both an actual and potential conflict of interest arising from Attorney Mitchell's simultaneous representation of defendants Joshua Grauer in the above styled matter and defendant Oscar Lopez in the matter of United States v Lopez, Case No. 10-CR-80144-RYSKAMP. Notwithstanding the apparent waiver of the conflict by defendant Grauer and the presumption in favor of a defendant's counsel of choice, the court finds that the actual or potential conflict of interest faced by Mr. Mitchell in simultaneously maintaining his obligations as an attorney to both defendant Grauer and defendant Lopez requires the court to

reject the waiver and order separate representation in order to insure the fairness of the upcoming trial. *See e.g. United States v Sanchez Guerrero*, 546 F.3d 328 (5th Cir. 2008), citing *Wheat v United States*, 486 U.S. 153, 163 (1988).

It is accordingly **ORDERED AND ADJUDGED**:

1. The sealed report and recommendation of Magistrate Judge Johnson is **APPROVED AND ADOPTED** in full.

2. Attorney Glenn H. Mitchell is **DISQUALIFIED** from representation of defendant Joshua Grauer in the above case.

3. Within **THIRTY (30) DAYS** from the date of entry of this order, defendant Grauer shall notify the court as to whether he has retained new counsel or whether he is unable to afford counsel of his own and seeks court appointed counsel. If defendant Grauer seeks court appointed counsel, he shall complete the attached financial affidavit and file it with the court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 12 day of January, 2011.

Daniel T. K. Hurley
United States District Judge

cc.

The Honorable Kenneth L. Ryskamp
The Honorable Linnea R. Johnson
all counsel of record

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

_____ V.S. _____

FOR _____

AT _____

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED        SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE        DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
\_\_\_ SINGLE
\_\_\_ MARRIED
\_\_\_ WIDOWED
\_\_\_ SEPARATED OR DIVORCED
Total No. of Dependents
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)